SWANSON LAW OFFICE
JEFFERY J. SWANSON (#155118)
MARK D. NORCROSS (#130345)
2515 Park Marina Drive, Suite 102
Redding, California 96001
Telephone: (530) 225-8773
Facsimile: (530) 232-2772
email: jeff@jswansonlaw.com
email: mark@jswansonlaw.com

Attorneys for Farzad Sabet,
Marikit Sabet, Steven Ahrens, and
Rosa Linda Ahrens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI HOWLAND, individually and derivatively on behalf of Delight Foods, INC., and DAVID HOWLAND, individually,<br><br>  Plaintiffs,<br><br>vs.<br><br>FARZAD SABET, an individual; MARIKIT SABET, an individual; STEVEN AHRENS, an individual; and ROSA LINDA AHRENS, an individual<br><br>  Defendants. | Case No. 2:24-cv-00574-WBS<br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING DATE AND TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO SET ASIDE DEFAULT** |

    Defendants Farzad Sabet, Marikit Sabet, Steven Ahrens and Rosa Linda Ahrens, by and through their counsel of record, Jeffery J. Swanson, and plaintiffs Lori Howland and David Howland, by and through their counsel of record, Scott D. Johannessen, hereby stipulate as follows:

    1.    Defendants Motion to Set Aside Default, originally set for September 11, was rescheduled to October 15, 2024.

2. Plaintiffs' counsel was out of state on vacation and unavailable when the Motion was filed and also when the hearing date was scheduled. Counsel's recent return to his office in Nashville, Tennessee leaves insufficient time for Plaintiffs to file their opposition to the Motion.

3. After meeting and conferring, the parties agree and stipulate, and request that the Court approve the following:

    a. The hearing date on Defendants' Motion to Set Aside Default, presently calendared for October 15, 2024, at 1:30 p.m. shall be heard on December 9, 2024 at 1:30 p.m.

    b. Plaintiffs' opposition to the Motion shall be served and filed no later than September 6, 2024.

    c. Defendants' reply shall be served and filed no later than September 16, 2024.

IT IS SO STIPULATED.

Dated: August 16, 2024          SWANSON LAW OFFICE

/s/ Jeffery J. Swanson_____
JEFFERY J. SWANSON,
Attorneys for Defendants Farzad Sabet,
Marikit Sabet, Steven Ahrens and
Rosa Linda Ahrens

Dated: August 16, 2024          LAW OFFICES OF
SCOTT D. JOHANNESSEN

/s/ Jeffery J. Swanson by email authorization
SCOTT D. JOHANNESSEN
Attorney for Plaintiffs
Lori Howland and David Howland

IT IS SO ORDERED. The Court approves the following:

    a. The hearing date on Defendants' Motion to Set Aside Default, presently calendared for October 15, 2024, at 1:30 p.m. shall be heard on December 9, 2024, at 1:30 p.m.

-3-

      b.      Plaintiffs' opposition to the Motion shall be served and filed no later than September 6, 2024.

      c.      Defendants' reply shall be served and filed no later than September 16, 2024.

Dated:  August 16, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE