UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LORI HOWLAND, individually and derivatively on behalf of Delight Foods, Inc., and DAVID HOWLAND, individually,<br><br>   Plaintiffs,<br><br>   v.<br><br>FARZAD SABET, an individual; MARIKIT SABET, an individual; STEVEN AHRENS, an individual; and ROSA LINDA AHRENS, an individual; and DELIGHT FOODS, INC.,<br><br>   Defendants. | No. 2:24-cv-00574 WBS CKD<br><br>ORDER[1] |

----oo0oo----

Good cause appearing, and in light of plaintiffs' non-opposition (as indicated by their failure to file an opposition, see L.R. 230(c)), the motion to set aside the default of

---

[1] The motion is decided on the papers without oral argument pursuant to Local Rule 230(g). The scheduled December 9, 2024 hearing on the motion is hereby VACATED.

1

defendants Farzad Sabet, Marikit Sabet, Steven Ahrens, and Rosa Linda Ahrens (Docket No. 15) is hereby GRANTED.  The named defendants shall file a responsive pleading within 21 days of this Order.[2]

Dated:  November 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[2]  This court is contemporaneously filing an order staying the action as to certain defendants pursuant to their filing of bankruptcy.  Any defendant as to whom the action is stayed is not required to file a responsive pleading unless and until the bankruptcy stay is lifted.