UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LORI HOWLAND, individually and derivatively on behalf of Delight Foods, Inc., and DAVID HOWLAND, individually,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FARZAD SABET, an individual; MARIKIT SABET, an individual; STEVEN AHRENS, an individual; and ROSA LINDA AHRENS, an individual; and DELIGHT FOODS, INC.,<br><br>　　　　Defendants. | No. 2:24-cv-00574 WBS CKD<br><br>ORDER |

----oo0oo----

　　　　Defendants Steven Ahrens and Rosa Linda Ahrens filed a notice of bankruptcy filing.  (Docket No. 21.)  On the court's own motion, the action will be stayed as to those parties only.

　　　　11 U.S.C. § 362(a)(1) prohibits the "commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been

1

commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." 11 U.S.C. § 362(a)(1).  This action constitutes a "judicial, administrative, or other action or proceeding" against the debtors and is therefore subject to an automatic bankruptcy stay.

        IT IS THEREFORE ORDERED that all proceedings in this matter are hereby STAYED as to defendants Steven Ahrens and Rosa Linda Ahrens.  This stay does not apply to any claims against any other defendants.

Dated:  November 22, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2