UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI HOWLAND, individually and derivatively on behalf of Delight Foods, Inc., and DAVID HOWLAND, individually,<br><br>Plaintiffs,<br><br>v.<br><br>FARZAD SABET, an individual; MARIKIT SABET, an individual; STEVEN AHRENS, an individual; and ROSA LINDA AHRENS, an individual; and DELIGHT FOODS, INC.,<br><br>Defendants. | No. 2:24-cv-00574 WBS<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR CONTINUANCE OF HEARING ON MOTION TO DISMISS AND MODIFICATION OF BRIEFING SCHEDULE** |

Good cause appearing, and there being no objection, the request of Plaintiffs Lori Howland and David Howland for a continuance of the hearing on Defendants Farzad Sabet and Marikit Sabet's (collectively, the "Sabet Defendants") motion to dismiss (Dkt. Nos. 28, 30 ("Motion")) and modification of the briefing schedule for the Motion is hereby GRANTED. The presently scheduled January 21, 2025, hearing on the Motion is continued to February 18, 2025, at 1:30 p.m. Plaintiffs' opposition to the Motion shall be filed no later than January 31, 2025, and the Sabet Defendants' reply, if any, shall be due no later than ten (10) days after the opposition was filed.

IT IS SO ORDERED.

Dated:  January 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 –