UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LORI HOWLAND, individually and derivatively on behalf of Delight Foods, Inc., and DAVID HOWLAND, individually,<br><br>         Plaintiffs,<br><br>    v.<br><br>FARZAD SABET, an individual; MARIKIT SABET, an individual; STEVEN AHRENS, an individual; and ROSA LINDA AHRENS, an individual; and DELIGHT FOODS, INC.,<br><br>         Defendants. | No. 2:24-cv-00574 WBS CKD<br><br>ORDER |

----oo0oo----

On November 22, 2024, the court stayed this action as to defendants Steven Ahrens and Rosa Linda Ahrens following their bankruptcy filing. (Docket No. 23.) Defendants Farzad Sabet and Marikit Sabet have been voluntarily dismissed from the action. (Docket No. 37.)

A notice of bankruptcy filing by the remaining

1

defendant, Delight Foods, Inc., was filed with this court on January 30, 2025.  (Docket No. 36.)  On the court's own motion, the action will be stayed as to Delight Foods, Inc., pursuant to 11 U.S.C. § 362(a)(1), which prohibits the "commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

Because all defendants have now been dismissed or are in bankruptcy proceedings, IT IS HEREBY ORDERED that all proceedings in this matter are STAYED.  Any pending dates or deadlines in this case are hereby VACATED.

IT IS FURTHER ORDERED that upon resolution of either the Ahrens or Delight Foods bankruptcy proceedings, the parties shall file a joint status report within 14 days.

Dated:  March 27, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2